443 A.2d 368

Spann v. Hayden, Appellant.

Reargument Denied April 5, 1982.

Submitted October 19, 1981. Steve A. Hyman, for appellant; James Spann, appellee, in propria persona.

Before BECK, WATKINS and HOFFMAN, JJ.

Order affirmed.

441 A.2d 789

Studivant v. Cilo, Appellant.

Argued June 11, 1980. Joseph T. Murphy, for appellant; Mark R. Criker, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order of the lower court affirmed.

PRICE, J., did not participate in the consideration or decision of this case.